LENA HANDLEMAN, PLAINTIFF-PETITIONER, v. MARWEN STORES CORP., d/b/a KAYBEE STORE, *ET AL.*, DEFEND-ANTS-RESPONDENTS.

*Messrs. Roskein, Kronisch & Felzenberg* for the petitioner.

*Mr. William A. Davenport* for the respondents.

September 17, 1968. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT.
v. LONNIE EARL, JR., DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mr. Thomas Menchin* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Alan Silber* for the respondent.

September 17, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. IRENE PICKLES, DEFENDANT-PETITIONER.

*Mr. Robert C. Gruhin* for the petitioner.

*Mr. Robert H. Doherty, Jr.* and *Mr. John F. Russo* for the respondent.

September 17, 1968. Denied.